In the Matter of LORRAINE ABEIDO, Respondent, v MOHSEN ABEIDO, Appellant.

Submitted September 22, 2008; decided November 24, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of MALIK ALLAH, Appellant, v DONALD SELSKY, as Director of Special Housing and Inmate Disciplinary Programs, Respondent.

Submitted September 22, 2008; decided November 24, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

LORETTA L. HAVENS, Respondent, v COUNTY OF SARATOGA et al., Appellants.

Submitted September 29, 2008; decided November 24, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.